DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BURNING MAN PROJECT,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR ET AL.,<br><br>    Defendants. | CASE NO. 4:20-cv-02464-HSG<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Kimberly A. Robinson, Assistant United States Attorney, will serve as lead counsel for Defendants, U.S. Department of the Interior et al.  Please direct all notices, pleadings, and correspondence to Ms. Robinson's attention at the following address:

    United States Attorney's Office
    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

    While David L. Anderson and Sara Winslow will appear on the pleadings, no service need be made on them.

NOTICE OF APPEARANCE
4:20-cv-02464-HSG

1
2 Dated:  April 27, 2020                                    Respectfully submitted,
3
4                                                                                  DAVID L. ANDERSON
                                                                                       United States Attorney
5
6                                                                                   */s/ Kimberly A. Robinson*
                                                                                       KIMBERLY A. ROBINSON
7                                                                                   Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
4:20-cv-02464-HSG