DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BURNING MAN PROJECT, | CASE NO. 4:20-cv-02464-HSG |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR ET AL., | |
| Defendants. | |

The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to revise the briefing schedule regarding Defendants' Rule 12 motion, or, alternatively, Answer, to Plaintiff's complaint. This stipulation is based on the following facts:

1. On April 12, 2020, Plaintiff filed a complaint in the above-captioned action. ECF No. 1.

2. The United States Attorney was served on April 17, 2020.

3. Defendants' Rule 12 motion or Answer is due by June 17, 2020.

4. For the last couple of weeks, the parties have been actively engaged in trying to reach a resolution in the case without Court involvement. As discussions appear productive, the parties would like to extend

STIPULATION
4:20-cv-02464-HSG

1  the briefing schedule so that they can continue these discussions and, hopefully, reach settlement.

2  5. Accordingly, the parties jointly request that should Defendants need to file a Rule 12 motion or

3  Answer in this case, that filing would be due by July 31, 2020.  The briefing schedule will proceed

4  according to the Local Rules after that time.

5  6. The parties also jointly request that the case management conference, currently scheduled for July 21,

6  2021 at 2 p.m., with an initial joint statement due by July 14, 2020, be moved to September 15, 2020 at

7  2 p.m.  The initial joint statement will be due by September 8, 2020.

9  Dated:  June 3, 2020                               Respectfully submitted,

                                                     DAVID L. ANDERSON
                                                     United States Attorney

                                                      */s/ Kimberly A. Robinson*
                                                     KIMBERLY A. ROBINSON
                                                     Assistant United States Attorney

15 Dated:  June 3, 2020                               LEVIN LAW FIRM

                                                     */s/ David S. Levin*
                                                     David S. Levin
                                                     Attorneys for Plaintiff
                                                     Burning Man Project

21      I, Kimberly Robinson, hereby attest that I have obtained the concurrence in the filing of this

22  document from all parties.

                                                      */s/ Kimberly A. Robinson*
                                                     KIMBERLY A. ROBINSON

STIPULATION
4:20-cv-02464-HSG

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, it is hereby ordered that Defendants' Rule 12 motion or Answer will be due by July 31, 2020.  Once submitted, the parties will maintain the briefing schedule set forth in the Local Rules.  The initial case management conference is moved until September 15, 2020 at 2:00 p.m. with a joint statement due by September 8, 2020.

IT IS SO ORDERED.

Dated: 6/4/2020

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge