DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BURNING MAN PROJECT, | CASE NO. 4:20-cv-02464-HSG |
| Plaintiff, | **STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR ET AL., | |
| Defendants. | |

The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to revise the briefing schedule regarding Defendants' Rule 12 motion, or, alternatively, Answer, to Plaintiff's complaint. This stipulation is based on the following facts:

1. On April 12, 2020, Plaintiff filed a complaint in the above-captioned action. ECF No. 1.

2. The United States Attorney was served on April 17, 2020.

3. Defendants' Rule 12 motion or Answer is due by June 17, 2020.

4. Since filing a stipulation on June 3, 2020, to extend the briefing schedule, the parties have been actively engaged in trying to resolve the case without Court involvement. Discussions are ongoing and

STIPULATION
4:20-cv-02464-HSG

1  remain productive.  Accordingly, the parties would like to further extend the briefing and case
2  management schedule.
3  5.  The parties jointly request that should Defendants need to file a Rule 12 motion or Answer in this
4  case, that filing would be due by September 18, 2020.  The briefing schedule will proceed according to
5  the Local Rules after that time.
6  6.  The parties also jointly request that the initial case management conference, currently scheduled for
7  September 15, 2020, at 2 p.m., be taken off calendar and continued until a time convenient for this Court
8  and the parties after the Rule 12 motion is fully briefed or an Answer is filed.
9  7.  This is the second stipulation the parties have filed.  *See* ECF Nos. 12, 13.

Dated:  July 16, 2020                                       Respectfully submitted,

                                                            DAVID L. ANDERSON
                                                            United States Attorney


                                                             */s/ Kimberly A. Robinson*
                                                            KIMBERLY A. ROBINSON
                                                            Assistant United States Attorney

Dated: July 16, 2020                                        */s/ David Levin*
                                                            DAVID LEVIN
                                                            Counsel for Plaintiff


    I, Kimberly Robinson, hereby attest that I have obtained the concurrence in the filing of this
document from all parties.

                                                             */s/ Kimberly A. Robinson*
                                                            KIMBERLY A. ROBINSON

STIPULATION
4:20-cv-02464-HSG

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, and good cause appearing, it is hereby ordered that |
| 3 | Defendants' Rule 12 motion or Answer will be due by September 18, 2020.  Once submitted, the parties |
| 4 | will maintain the briefing schedule set forth in the Local Rules.  The initial case management conference |
| 5 | scheduled for September 15, 2020 is hereby vacated. |

IT IS SO ORDERED.

Dated:  7/17/2020

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

STIPULATION
4:20-cv-02464-HSG