DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BURNING MAN PROJECT,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR ET AL.,<br><br>    Defendants. | CASE NO. 4:20-cv-02464-HSG<br><br>**STIPULATION**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to this Court's October 2, 2020, order (Dkt. 22), the parties have agreed on the following briefing schedule for their cross-motions for summary judgment.

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment (25 pages) | November 16, 2020 |
| Defendants' Opposition and Cross-Motion for Summary Judgment (25 pages) | December 2, 2020 |
| Plaintiff's Reply and Opposition (15 pages) | December 9, 2020 |
| Defendants' Reply (15 pages) | December 16, 2020 |

STIPULATION
4:20-cv-02464-HSG

In addition, Defendant will file the Administrative Record by October 9, 2020.

Dated: October 5, 2020   Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Kimberly A. Robinson*
KIMBERLY A. ROBINSON
Assistant United States Attorney

Dated: October 5, 2020   */s/ David Levin*
DAVID LEVIN
Counsel for Plaintiff

I, Kimberly Robinson, hereby attest that I have obtained the concurrence in the filing of this document from all parties.

*/s/ Kimberly A. Robinson*
KIMBERLY A. ROBINSON

STIPULATION
4:20-cv-02464-HSG

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and good cause appearing, it is hereby ordered that:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment (25 pages) | November 16, 2020 |
| Defendants' Opposition and Cross-Motion for Summary Judgment (25 pages) | December 2, 2020 |
| Plaintiff's Reply and Opposition (15 pages) | December 9, 2020 |
| Defendants' Reply (15 pages) | December 16, 2020 |

IT IS SO ORDERED.

Dated: _____         _____
                                     HON. HAYWOOD S. GILLIAM, JR.
                                     United States District Court Judge

STIPULATION
4:20-cv-02464-HSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION
4:20-cv-02464-HSG