UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURNING MAN PROJECT,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPT. OF THE INTERIOR BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 20-cv-02464-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 23 |

A telephonic case management conference was held on September 29, 2020. Having considered the parties' proposals, *see* Dkt. No. 23, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Plaintiff's Motion for Summary Judgment | November 16, 2020 |
| Defendants' Opposition and Cross-Motion for Summary Judgment | December 2, 2020 |
| Plaintiff's Reply and Opposition | December 9, 2020 |
| Defendants' Reply | December 16, 2020 |
| Hearing on Motions for Summary Judgment | January 14, 2021, at 2:00 p.m. |

//

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 10/7/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge