DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY A. ROBINSON (DCBN 999022)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    TELEPHONE: (510) 637-3701
    FAX: (510) 637-3724
    EMAIL: kimberly.robinson3@usdoj.gov

Attorneys for Defendants
UNITED STATES DEPARTMENT OF THE INTERIOR ET AL.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BURNING MAN PROJECT, | CASE NO. 4:20-cv-02464-HSG |
| Plaintiff, | **NOTICE REGARDING THE ADMINISTRATIVE RECORD** |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR ET AL., | |
| Defendants. | |

Defendants, the United States Department of the Interior et al., hereby submit the Administrative Record in the above-captioned proceeding.

Dated: October 9, 2020                Respectfully submitted,

                                               DAVID L. ANDERSON
                                               United States Attorney

                                               */s/ Kimberly A. Robinson*
                                               KIMBERLY A. ROBINSON
                                               Assistant United States Attorney